Carl H. Hoper, defendant in error, v. Springfield Fire & Marine Insurance Company, plaintiff in error. Gen. No. 32,490.

Opinion filed July 10, 1928.

Hicks & Folonie, for plaintiff in error. John E. Crahen and Harold E. Sullivan, for defendant in error.

Mr. Justice Barnes delivered the opinion of the court.